# EXHIBIT 3



U.S. DEPARTMENT OF HOMELAND SECURITY 54208

**PAROLED**

Until: 12 Apr 2016

Purpose: CH/TPS

(Officer) PEV 059

JUN 03, 2015

(Location) (Date)

VISA